UNITED STATES FIDELITY AND GUARANTY COMPANY, a corporation, and EMANUEL WEITZ, trustee in bankruptcy, complainants-respondents,

*v.*

PASQUALE FUOCO et al., defendants; JOSEPH NARDELLI and ANTONIO NARDELLI, defendants-appellants.

[Decided January 23d, 1933.]

242

244

*Mr. William De Lorenzo* and *Mr. Merritt Lane,* for the appellants.

*Messrs. McDermott, Enright & Carpenter,* for Emanuel Weitz, trustee in bankruptcy of Pasquale Fuoco, respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion delivered by Vice-Chancellor Fielder in the court of chancery.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ. 13.

*For reversal*—None.